February 8, 1973

Baldino, Appellant, *v.* King.

Argued December 13, 1972. *Robert S. Robbins,* for appellant; *Harry P. Begier, Jr.* and *Henry M. Irwin,* with them *Orlofsky, Cozen & Begier,* and *Kevlin & Irwin,* for appellees.

Order affirmed.

Baratta *v.* Middle East Restaurant, Inc., Appellant.

Argued December 12, 1972. *Leon Rosenfield,* with him *Alfred Sarowitz,* for appellant; *Harris J. Sklar,* and *Gross & Sklar,* for appellees.

Judgment affirmed.